# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| | (For Revocation of Probation or Supervised Release) |
| v. | CASE NUMBER: 3:93-cr-201-J-20HTS |
| | USM NUMBER: 17177-018 |
| YAMA BUTLER | |
| | Defendant's Attorney: Lisa Call (AFPD) |

## THE DEFENDANT:

__X__ admitted guilt to violation of charge number(s) __1 - 3__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Failure to Submit Monthly Reports | June 2009 |
| 2 | Failure to Notify Ten Days Prior to Change in Residence | May 2009 |
| 3 | Failure to Follow Instructions | February 2009 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: February 24, 2010

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: February 24, 2010

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation

| | |
|---|---|
| Defendant: YAMA BUTLER | Judgment - Page 2 of 2 |
| Case No.: 3:93-cr-201-J-20HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **fourteen (14) months.**

\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_ at _____ a.m.   p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_ before 2 p.m. on \_

    \_\_\_ as notified by the United States Marshal.

    \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL